IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TRISTA JONES**                                                                                           **PLAINTIFF**

v.                                        **3:13CV00252-BRW**

**RK ENTERPRISES OF
BLYTHEVILLE, INC.,** *et al.*                                                               **DEFENDANTS**

## ORDER

Plaintiff filed her complaint on November 25, 2013. No proof of service has been filed with the Court, and it appears that Defendants have not been properly served under Federal Rule of Procedure 4(c)(1).

Accordingly, this case is DISMISSED, without prejudice, under Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED this 1st day of April, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE