IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRISTA JONES                                                                                           PLAINTIFF

VS.                                       3:13CV00252-BRW

RK ENTERPRISES OF
BLYTHEVILLE, INC., *et al.*                                                                DEFENDANTS

## ORDER

Defendant's Motion to Dismiss (Doc. No. 15) is DENIED without prejudice, since, at this point, it is unclear whether the parties entered into a valid settlement agreement.

Plaintiff's Motion for Leave to File Amended and Substituted Complaint (Doc. No. 22) is GRANTED. Accordingly, the Amended Complaint, attached to the motion as an exhibit must be filed by 5 p.m., Tuesday, November 4, 2014.

It seems to me that this case would be a good candidate for a settlement conference. If after "meeting and conferring" the parties agree, they should contact my office and request a settlement conference.

IT IS SO ORDERED this 28th day of October, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE