# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TRISTA JONES**                                                                                   **PLAINTIFF**

**VS.**                                              **No.  3:13-CV-00252-BRW**

**RK ENTERPRISES OF**
**BLYTHEVILLE, INC.,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, Plaintiff is entitled to $7,876.06 from Defendants.

IT IS SO ORDERED this 15th day of April, 2015.

                                       /s/ Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE