# SANFORD LAW FIRM, PLLC

**Russellville Office**

303 West Main Street
Post Office Box 39
Russellville, Arkansas 72811
Telephone: (479) 880-0088
Facsimile: (888) 787-2040
Email: tracy@sanfordlawfirm.com

**Little Rock Office**

One Financial Center
650 South Shackleford,
Suite 411
Little Rock, Arkansas 72111
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
Email:
tracy@sanfordlawfirm.com

Trista Jones
April 29, 2015
**11391**
Sanford Law Firm File #13-160 JW

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/15/2013 | JW | Compose and prepare Representation Agreement | 0.10 190.00/hr | 19.00 |
| | JW | Compose e-mail to Client regarding contract | 0.10 190.00/hr | 19.00 |
| | JW | Work on Client's file- Internet search for Jahid Rahman | 0.30 190.00/hr | 57.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista Jones regarding America's Best Value Inn | 1.20 190.00/hr | 228.00 |
| 11/18/2013 | JS | Receive, read and prepare response to email(s) from Josh West regarding new case, after review of contract | 0.25 290.00/hr | 72.50 |
| | JS | Receive, read and prepare response to email(s) from Josh West regarding case merits | 0.10 290.00/hr | 29.00 |
| | JS | Receive Client's file and open firm file | 0.10 290.00/hr | 29.00 |
| | JW | Receive, read and prepare response to email(s) from Josh Sanford regarding case merits | 0.10 190.00/hr | 19.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista regarding case merits | 0.10 190.00/hr | 19.00 |
| 11/19/2013 | JS | Conference with Josh West regarding case value | 0.10 290.00/hr | 29.00 |
| | JW | Receive, read and prepare response to email(s) from Josh Sanford regarding case strategy | 0.10 190.00/hr | 19.00 |
| 11/23/2013 | JS | Receive, read and prepare response to email(s) from Josh West regarding divisional venue | 0.10 290.00/hr | 29.00 |

|            |     |                                                                                                                                              | Hrs/Rate          | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 11/24/2013 | JW  | Perform legal research as related to Client's case- venue;                                                                                    | 0.20<br>190.00/hr | 38.00  |
|            | JW  | Conference with Josh Sanford regarding venue                                                                                                  | 0.10<br>190.00/hr | 19.00  |
|            | JW  | Preparation and drafting of original complaint                                                                                                | 2.10<br>190.00/hr | 399.00 |
| 11/25/2013 | JS  | Conference with Josh West regarding venue, number of Defendants                                                                               | 0.10<br>290.00/hr | 29.00  |
|            | JS  | Editing and revision of Complaint and Summonses                                                                                               | 0.40<br>290.00/hr | 116.00 |
|            | JS  | Conference with Josh West regarding edits to Complaint                                                                                        | 0.10<br>290.00/hr | 29.00  |
|            | JW  | Preparation and drafting of Civil Cover sheet; determine division number for Jonesboro; SOS regarding individual addresses for Mahmuda and Khandekar | 0.50<br>190.00/hr | 95.00  |
|            | JW  | Receive, read and prepare response to email(s) from SOS regarding corporate information                                                       | 0.10<br>190.00/hr | 19.00  |
|            | JW  | Preparation and drafting of Summonses for RK, Mahmuda, Jahid, and Khandekar; preparation of Original Complaint, Summonses, and Cover Sheet for service | 0.60<br>190.00/hr | 114.00 |
|            | JW  | Telephone Conference(s) with Clerk's office regarding possibility of filing case in Little Rock; conference with Josh Sanford regarding proper location for filing | 0.20<br>190.00/hr | 38.00  |
|            | JW  | Editing and revision of Complaint, per Josh Sanford edits                                                                                     | 0.40<br>190.00/hr | 76.00  |
| 11/26/2013 | JS  | Work on Client's file- filing lawsuit                                                                                                         | 0.20<br>290.00/hr | 58.00  |
|            | JS  | Work on Client's file- arranging Service of Process                                                                                           | 0.10<br>290.00/hr | 29.00  |
| 11/29/2013 | JS  | Telephone Conference(s) between Attorney and Client regarding case status                                                                     | 0.10<br>290.00/hr | 29.00  |
| 12/2/2013  | JS  | Conference with Josh West regarding service of lawsuit                                                                                        | 0.10<br>290.00/hr | 29.00  |
| 12/4/2013  | JW  | Telephone Conference(s) between Attorney and Client Trista regarding letter from DOL                                                          | 0.10<br>190.00/hr | 19.00  |
|            | JW  | Telephone Conference(s) with DOL regarding case, investigation                                                                               | 0.30<br>190.00/hr | 57.00  |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/4/2013 | JW | Preparation and drafting of master list for Plaintiff's contact information | 0.20 190.00/hr | 38.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista Jones regarding DOL conversation; Kim Fowler regarding joining case | 0.20 190.00/hr | 38.00 |
| | JW | Compose and prepare Representation Agreement for Kim Fowler | 0.10 190.00/hr | 19.00 |
| | JW | Compose e-mail to Kim Fowler regarding contract | 0.20 190.00/hr | 38.00 |
| | JW | Telephone Conference(s) with DOL regarding Representation of Trista Jones | 0.10 190.00/hr | 19.00 |
| | JW | Compose, prepare and send correspondence to Theresa Fell regarding Representation of Trista Jones | 0.30 190.00/hr | 57.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista Jones regarding Jahid telling her to lie to DOL investigator about her hours | 0.10 190.00/hr | 19.00 |
| | JW | Telephone Conference(s) with Theresa at DOL regarding Jahid telling Trista to lie about hours, left voice mail | 0.20 190.00/hr | 38.00 |
| 12/5/2013 | JW | Receive, read and prepare response to email(s) from Theresa Fell regarding case | 0.10 190.00/hr | 19.00 |
| | JS | Conference with Josh West regarding extent of damages | 0.10 290.00/hr | 29.00 |
| 12/13/2013 | AS | Telephone Conference(s) between Attorney and Client regarding terminated in retaliation for speaking with attorneys | 0.50 225.00/hr | 112.50 |
| | AS | Telephone Conference(s) with Defendant regarding allowing Client to remain in her apartment for 3 days and giving her a final paycheck | 0.60 225.00/hr | 135.00 |
| | AS | Telephone Conference(s) with Josh Sanford regarding Client fired and call to Defendant; conference with Josh West regarding Client fired and communicating with Defendant | 0.20 225.00/hr | 45.00 |
| | JS | Telephone Conference(s) with Amber Schubert regarding firing of Client | 0.30 290.00/hr | 87.00 |
| | JS | Receive, read and prepare response to email(s) from Josh West regarding firing of Client | 0.20 290.00/hr | 58.00 |
| 12/16/2013 | AS | Conference with Josh West regarding amending Complaint to add retaliation and serving | 0.20 225.00/hr | 45.00 |
| | JW | Telephone Conference(s) with McDaniel Wells to find Process Server in Blythville; left voice mail for Steve Floyd regarding Service of Process | 0.10 190.00/hr | 19.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/16/2013 | JW | Telephone Conference(s) with Steve Floyd regarding Service of Process; fees; methods; conference with Josh Sanford regarding Service of Process, fees for Steve Floyd | 0.20 190.00/hr | 38.00 |
| | JW | Left voice mail for Steve Floyd to hire for Service of Process | 0.10 190.00/hr | 19.00 |
| | JW | Work on Client's file- calculate deadline for service; set calendar event | 0.10 190.00/hr | 19.00 |
| | JW | Work on Client's file- calculate damages | 0.90 190.00/hr | 171.00 |
| | JW | Conference with Amber Schubert regarding whether I can skip service on  Zinat | 0.10 190.00/hr | 19.00 |
| | JW | Compose, prepare and send correspondence to Steve Floyd regarding Summons and lawsuits | 0.10 190.00/hr | 19.00 |
| | JW | Conference with Trista Jones regarding lawsuit status | 0.30 190.00/hr | 57.00 |
| | JW | Conference with Josh Sanford regarding potential for Settlement | 0.10 190.00/hr | 19.00 |
| | JW | Conference with Mark Terry at Terry Abstract Title to determine property and collectability | 0.30 190.00/hr | 57.00 |
| | JW | Receive, read and prepare response to email(s) from Trista Jones regarding damages and potential Settlement | 0.30 190.00/hr | 57.00 |
| 12/17/2013 | JW | Receive, read and prepare response to email(s) from Trista regarding strength  of case | 0.30 190.00/hr | 57.00 |
| | JW | Receive, read and prepare response to email(s) from Trista regarding case strategy | 0.20 190.00/hr | 38.00 |
| | JW | Receive, read and prepare response to email(s) from Trista Jones regarding strenth of case | 0.10 190.00/hr | 19.00 |
| 1/3/2014 | JS | Receive, read and prepare response to email(s) from Staff regarding organizing file | 0.10 290.00/hr | 29.00 |
| 1/9/2014 | JW | Telephone Conference(s) with Theresa Fell regarding FOIA request | 0.10 190.00/hr | 19.00 |
| 1/10/2014 | JW | Receipt and review of email from Theresa Fell | 0.10 190.00/hr | 19.00 |
| 3/12/2014 | JS | Examination of Client letter | 0.10 290.00/hr | 29.00 |
| | JW | Compose e-mail to Trista Jones regarding service | 0.10 190.00/hr | 19.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/14/2014 | JW | Compose e-mail to Trista regarding service of lawsuit | 0.10 190.00/hr | 19.00 |
|  | JW | Compose e-mail to Process Server  with Summons and Complaint | 0.10 190.00/hr | 19.00 |
|  | JW | Work on Client's file- scan issued summonses to file | 0.60 190.00/hr | 114.00 |
|  | JS | Examination of email to Client regarding case status | 0.10 290.00/hr | 29.00 |
|  | JS | Examination of correspondence to Process Server | 0.10 290.00/hr | 29.00 |
| 3/18/2014 | JW | Examination of Madden v. Lumber One - opinion for related issues | 0.10 190.00/hr | 19.00 |
|  | JW | Compose e-mail to process server regarding service deadline | 0.10 190.00/hr | 19.00 |
| 3/19/2014 | JW | Receipt and review of email from process server regarding attempt to serve | 0.10 190.00/hr | 19.00 |
| 3/21/2014 | JW | Compose e-mail to server regarding service | 0.10 190.00/hr | 19.00 |
|  | JW | Receive, read and prepare response to email(s) from server regarding service and return | 0.10 190.00/hr | 19.00 |
|  | JW | Analyze case strategy and next steps, in light of Defendant's claim of Settlement | 0.10 190.00/hr | 19.00 |
| 3/25/2014 | JW | Compose e-mail to Process Server regarding service | 0.10 190.00/hr | 19.00 |
|  | JW | Compose e-mail to Josh Sanford regarding Trista Jones' situation, case status | 0.10 190.00/hr | 19.00 |
|  | JS | Receive, read and prepare response to email(s) from Josh West regarding service of complaint, purported settlement | 0.10 290.00/hr | 29.00 |
| 3/26/2014 | JW | Receive, read and prepare response to email(s) from Josh Sanford regarding case status, answer deadline and purported Settlement | 0.10 190.00/hr | 19.00 |
|  | JW | Receive, read and prepare response to email(s) from Josh Sanford regarding case status, answer deadline and purported Settlement | 0.10 190.00/hr | 19.00 |
|  | JS | Receive, read and prepare response to email(s) from Josh West regarding answer deadline/ purported settlement | 0.10 290.00/hr | 29.00 |
| 4/1/2014 | JW | Receipt and review of order of dismissal | 0.10 190.00/hr | 19.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2014 | JW | Telephone Conference(s) with chambers regarding order of dismissal, no answer, left voice mail; spoke with chambers, they will vacate the order | 0.10 190.00/hr | 19.00 |
| | JW | Receipt and review of Electronic Court Filing 6, order vacating order of dismissal | 0.10 190.00/hr | 19.00 |
| 4/2/2014 | JW | Receipt and review of letter from Rahman regarding supposed Settlement; save to file | 0.10 190.00/hr | 19.00 |
| | JW | Editing and revision of FOIA for DOL investigation report | 0.30 190.00/hr | 57.00 |
| | JW | Compose, prepare and send correspondence to DOL for FOIA request via email and letter | 0.20 190.00/hr | 38.00 |
| 4/7/2014 | JW | Work on Client's file- set calendar reminder for Defendant's deadline to file answer | 0.10 190.00/hr | 19.00 |
| 4/14/2014 | JW | Telephone Conference(s) with Process Server regarding bill | 0.10 190.00/hr | 19.00 |
| | JW | Compose e-mail to Staff regarding payment for service of process | 0.10 190.00/hr | 19.00 |
| 4/15/2014 | JS | Conference with Josh West regarding default issues | 0.20 290.00/hr | 58.00 |
| | JS | Discussion of case status and directing case strategy to Attorney Josh West | 0.20 290.00/hr | 58.00 |
| | JW | Perform legal research as related to Client's case regarding default judgment | 0.10 190.00/hr | 19.00 |
| | JW | Preparation and drafting of motion for default judgment | 0.40 190.00/hr | 76.00 |
| | JW | Preparation and drafting of Motion for clerk's entry of default and Jones Declaration | 0.90 190.00/hr | 171.00 |
| | JW | Preparation and drafting of motion for clerk's entry of default | 0.40 190.00/hr | 76.00 |
| 4/23/2014 | JS | Discussion of case status and directing case strategy to Attorney Josh West | 0.10 290.00/hr | 29.00 |
| | JW | Conference with Josh Sanford regarding case strategy, Defendant's failure to file an answer | 0.10 190.00/hr | 19.00 |
| 4/24/2014 | JW | Telephone Conference(s) with clerk regarding filing Defendant's pro-se answer | 0.30 190.00/hr | 57.00 |
| | JW | Conference with Josh Sanford regarding filing Defendant's letter answer | 0.10 190.00/hr | 19.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 4/25/2014 | JS | Discussion of case status and directing case strategy to Attorney Josh West | 0.20<br>290.00/hr | 58.00 |
| | JW | Telephone Conference(s) with Josh Sanford regarding next steps, case strategy, filing a Motion to compel answer or to deem letter as answer, filing a Motion for default | 0.20<br>190.00/hr | 38.00 |
| 5/27/2014 | JW | Conference with clerk regarding clerk's entry of default | 0.10<br>190.00/hr | 19.00 |
| | JW | Conference with law clerk regarding drafted motions for clerk's entry of default | 0.10<br>190.00/hr | 19.00 |
| | JW | Examination of draft motion for clerk's entry of default | 0.10<br>190.00/hr | 19.00 |
| 5/28/2014 | JW | Compose e-mail to Josh Sanford regarding clerk's entry of default | 0.10<br>190.00/hr | 19.00 |
| | JW | Perform legal research as related to Client's case regarding rules on entry of default judgment | 0.10<br>190.00/hr | 19.00 |
| | JW | Receive, read and prepare response to email(s) from Josh Sanford regarding default judgment with clerk | 0.10<br>190.00/hr | 19.00 |
| | JS | Receive, read and prepare response to email(s) from Josh West regarding default issues | 0.10<br>290.00/hr | 29.00 |
| 6/2/2014 | JW | Editing and revision of motion for clerk's entry of default | 0.20<br>190.00/hr | 38.00 |
| | JW | Filing motion for clerk's entry of default | 0.20<br>190.00/hr | 38.00 |
| | JS | Examination of Notices of Electronic Filings for request and entry of clerk's default | 0.20<br>290.00/hr | 58.00 |
| 6/4/2014 | JS | Examination of DOL investigation repot/FOIA file | 0.25<br>290.00/hr | 72.50 |
| | JW | Receipt and review of FIOA request records | 0.10<br>190.00/hr | 19.00 |
| | JW | Conference with Josh Sanford regarding FOIA | 0.10<br>190.00/hr | 19.00 |
| | JW | Examination of FOIA records | 0.40<br>190.00/hr | 76.00 |
| 6/9/2014 | JW | Preparation and drafting of motion for default judgment | 0.40<br>190.00/hr | 76.00 |
| 6/10/2014 | JS | Examination of motion for default | 0.10<br>290.00/hr | 29.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/10/2014 | JW | Filing motion for default | 0.10 190.00/hr | 19.00 |
| 6/16/2014 | JS | Examination of Defendant's notice | 0.10 290.00/hr | 29.00 |
| 7/3/2014 | JS | Perform legal research as related to Client's case regarding 3 parts of an FLSA claim | 0.20 290.00/hr | 58.00 |
| | JW | Conference with Josh Sanford regarding Birbalas case | 0.10 190.00/hr | 19.00 |
| | JW | Receipt and review of email from Josh Sanford regarding National Employment Lawyers Association  post on Birbalas case | 0.10 190.00/hr | 19.00 |
| | JW | Telephone Conference(s) with chambers regarding hearing on default motion; judge asked me to call back Monday; set calendar reminder to call back | 0.10 190.00/hr | 19.00 |
| 7/7/2014 | JW | Telephone Conference(s) with chambers regarding hearing on default judgment | 0.10 190.00/hr | 19.00 |
| 7/8/2014 | JW | Telephone Conference(s) with court deputy regarding request for hearing | 0.20 190.00/hr | 38.00 |
| 7/18/2014 | JS | Examination of emails to and from chambers regarding hearing | 0.10 290.00/hr | 29.00 |
| 8/7/2014 | JW | Preparation and drafting of motion for hearing on Plaintiff's motion for default judgment | 0.30 190.00/hr | 57.00 |
| | JW | Filing motion for hearing on plaintiff's motion for default judgment | 0.20 190.00/hr | 38.00 |
| | JW | Perform legal research as related to Client's case regarding Electronic Court Filing policies | 0.10 190.00/hr | 19.00 |
| | JS | Examination of Notice of Electronic Filing regarding motion for hearing | 0.10 290.00/hr | 29.00 |
| 8/20/2014 | JW | Telephone Conference(s) with chambers regarding scheduling hearing on default judgment motion | 0.10 190.00/hr | 19.00 |
| | JW | Receipt and review of notice of hearing, save to file; set calendar reminder | 0.10 190.00/hr | 19.00 |
| | JW | Compose, prepare and send correspondence to Defendant regarding notice of hearing | 0.30 190.00/hr | 57.00 |
| | JS | Examination of notice of hearing; conference with Josh West regarding notice to Defendants | 0.20 290.00/hr | 58.00 |
| 8/22/2014 | JW | Telephone Conference(s) between Attorney and  Jahid Rahman regarding hearing notice | 0.20 190.00/hr | 38.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/22/2014 | JW | Work on Client's file- search for Quality Inn, Blytheville, AR | 0.10 190.00/hr | 19.00 |
| | JW | Compose e-mail to Josh Sanford regarding conversation with Jahid Rahman | 0.20 190.00/hr | 38.00 |
| | JW | Conference with Josh Sanford regarding hearing on default judgment, phone call from Rahman | 0.10 190.00/hr | 19.00 |
| | JS | Conference with Josh West regarding call with Client | 0.10 290.00/hr | 29.00 |
| 8/26/2014 | JW | Telephone Conference(s) with Chad Oldham regarding request for demand | 0.20 190.00/hr | 38.00 |
| 8/27/2014 | JW | Telephone Conference(s) between Attorney and Client Trista regarding case, hearing for default judgment, damages | 0.50 190.00/hr | 95.00 |
| | JW | Examination of initial damages calculations | 0.40 190.00/hr | 76.00 |
| | JW | Compose e-mail to Josh Sanford regarding damages | 0.20 190.00/hr | 38.00 |
| | JS | Conference with Josh West regarding call from Opposing Counsel | 0.10 290.00/hr | 29.00 |
| | JS | Telephone Conference(s) with Josh West; review damages and invoice | 0.25 290.00/hr | 72.50 |
| 8/28/2014 | JW | Work on Client's file- determine proposed settlement offer | 0.20 190.00/hr | 38.00 |
| 8/29/2014 | JW | Conference with Josh Sanford regarding Jones damages, whether to give a demand | 0.10 190.00/hr | 19.00 |
| | JW | Telephone Conference(s) with Chad Oldham regarding damages | 0.10 190.00/hr | 19.00 |
| 9/3/2014 | JW | Telephone Conference(s) between Attorney and Josh Sanford regarding Motion to dismiss | 0.10 190.00/hr | 19.00 |
| | JW | Receipt and review of notice of Watlington appearance, motion to dismiss, and response in opposition to default judgment motion | 0.20 190.00/hr | 38.00 |
| | JW | Telephone Conference(s) with judge's clerk regarding hearing on default judgment | 0.10 190.00/hr | 19.00 |
| | JW | Perform legal research as related to Client's case regarding Birbalas case | 0.30 190.00/hr | 57.00 |
| | JS | Examination of Watlington notice of appearance | 0.10 290.00/hr | 29.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/3/2014 | JS | Examination of response to motion; Motion to Dismiss and Brief in Support; call and email Josh West | 0.60 290.00/hr | 174.00 |
| | JS | Examination of letter from judge regarding tomorrow's hearing | 0.10 290.00/hr | 29.00 |
| 9/4/2014 | JW | Court Appearance, including travel time and waiting regarding default judgment motion | 1.60 190.00/hr | 304.00 |
| | JW | Work on Client's file- calendar deadline to respond to motion to dismiss | 0.10 190.00/hr | 19.00 |
| | JW | Preparation for Hearing, including review of file and Exhibits- on default judgment and Defendant's motion to dismiss | 2.70 190.00/hr | 513.00 |
| | JW | Compose e-mail to Trista regarding hearing outcome, witnesses to hours, next steps | 0.50 190.00/hr | 95.00 |
| | JS | Court Appearance, including travel time and waiting for motion/ status/ conference | 1.00 290.00/hr | 290.00 |
| | JS | Examination of intra-office memo regarding response to motion | 0.10 290.00/hr | 29.00 |
| | JS | Examination of order denying default; discuss strategy with Josh West | 0.20 290.00/hr | 58.00 |
| | JS | Examination of Notice of Electronic Filing- hearing | 0.10 290.00/hr | 29.00 |
| 9/5/2014 | JW | Receipt and review of Initial Scheduling Order; save to file create calendar deadlines in accordance with scheduling order | 0.20 190.00/hr | 38.00 |
| | JS | Examination of intra-office memo regarding 26f conference, etc | 0.20 290.00/hr | 58.00 |
| | JS | Examination of Initial Scheduling Order; email Josh West | 0.10 290.00/hr | 29.00 |
| | JS | Perform legal research as related to Client's case regarding invalidating settlement agreement | 0.50 290.00/hr | 145.00 |
| 9/8/2014 | JW | Receipt and review of email from Josh Sanford regarding Sarceno opinion; review Sarceno opinion | 0.20 190.00/hr | 38.00 |
| 9/19/2014 | JW | Preparation and drafting of response to motion to dismiss | 3.70 190.00/hr | 703.00 |
| | JS | Conference with Josh West regarding motion to dismiss response | 0.10 290.00/hr | 29.00 |
| | JS | Editing and revision of response to motion to dismiss | 0.20 290.00/hr | 58.00 |

|            |     |                                                                                      | Hrs/Rate          | Amount |
|------------|-----|--------------------------------------------------------------------------------------|-------------------|--------|
| 9/20/2014  | JS  | Examination of response to motion to dismiss                                         | 0.40<br>290.00/hr | 116.00 |
| 9/22/2014  | S   | Receipt of Electronic Court Filing Notice.  Save file-marked document in e-file.     | 0.10<br>60.00/hr  | 6.00   |
|            | JW  | Editing and revision of response to Defendant's motion to dismiss                    | 0.70<br>190.00/hr | 133.00 |
|            | JW  | Filing response to Defendant's motion to dismiss                                     | 0.10<br>190.00/hr | 19.00  |
|            | JS  | Receipt and review of answer to motion to dismiss                                    | 0.10<br>290.00/hr | 29.00  |
| 9/25/2014  | JW  | Receive, read and prepare response to email(s) from Trista Jones regarding case status | 0.10<br>190.00/hr | 19.00  |
|            | JW  | Receive, read and prepare response to email(s) from Trista regarding follow up questions on case status, settlement prospects | 0.10<br>190.00/hr | 19.00  |
|            | JS  | Examination of client memo regarding case status                                     | 0.10<br>290.00/hr | 29.00  |
| 10/21/2014 | JS  | Telephone Conference(s) between Attorney and Client                                  | 0.10<br>290.00/hr | 29.00  |
|            | JS  | Discussion of case status and directing case strategy to Attorney Josh West          | 0.20<br>290.00/hr | 58.00  |
|            | JW  | Conference with Josh Sanford regarding conversation with Trista Jones                | 0.20<br>190.00/hr | 38.00  |
|            | JW  | Telephone Conference(s) between Attorney and Client Trista Jones regarding case status; fired from new job because of Rahman | 0.20<br>190.00/hr | 38.00  |
|            | JW  | Perform legal research as related to Client's case regarding tortious interference; post-employment retaliation under FLSA | 0.50<br>190.00/hr | 95.00  |
|            | JW  | Telephone Conference(s) between Attorney and Client Trista regarding adding retaliation to first amended complaint | 0.20<br>190.00/hr | 38.00  |
|            | JW  | Preparation and drafting of first amended complaint                                  | 0.30<br>190.00/hr | 57.00  |
|            | JW  | Telephone Conference(s) between Attorney and Client Trista regarding date of firing  | 0.20<br>190.00/hr | 38.00  |
|            | JW  | Perform legal research as related to Client's case regarding retaliation remedies    | 0.50<br>190.00/hr | 95.00  |
|            | JS  | Discussion of case status and directing case strategy to Attorney Josh West (new retaliation issues) | 0.20<br>290.00/hr | 58.00  |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/24/2014 | JS | Examination of Motion for Leave to file First Amended Complaint | 0.10 290.00/hr | 29.00 |
| | JW | Preparation and drafting of motion for leave to file First Amended Complaint | 0.30 190.00/hr | 57.00 |
| | JW | Examination of DOL investigation file | 0.50 190.00/hr | 95.00 |
| | JW | Preparation and drafting of first amended complaint | 2.10 190.00/hr | 399.00 |
| | JW | Filing motion for leave to file First Amended Complaint | 0.20 190.00/hr | 38.00 |
| 10/28/2014 | S | Receipt of Electronic Court Filing Notice. Save file-marked document in e-file. | 0.10 60.00/hr | 6.00 |
| | S | Receipt of Electronic Court Filing Notice. Save file-marked document in e-file. | 0.10 60.00/hr | 6.00 |
| | JW | Receipt and review of order denying motion to dismiss, granting plaintiff's motion for leave | 0.10 190.00/hr | 19.00 |
| | JW | Filing First Amended Complaint | 0.10 190.00/hr | 19.00 |
| | JS | Examination of order denying motion to dismiss | 0.25 290.00/hr | 72.50 |
| 10/29/2014 | S | Receipt of Electronic Court Filing Notice. Save file-marked document in e-file. | 0.10 60.00/hr | 6.00 |
| 11/3/2014 | JS | Examination of memo regarding settlement | 0.10 290.00/hr | 29.00 |
| | JS | Conference with Josh West | 0.10 290.00/hr | 29.00 |
| 11/4/2014 | JS | Telephone Conference(s) with Josh West regarding mediation; phone conference with Josh West regarding same | 0.10 290.00/hr | 29.00 |
| | JW | Telephone Conference(s) with opposing counsel regarding settlement conference, not in office, left message | 0.10 190.00/hr | 19.00 |
| | JW | Compose e-mail to opposing counsel regarding settlement conference | 0.10 190.00/hr | 19.00 |
| | JW | Preparation and drafting of 26(f) report | 0.20 190.00/hr | 38.00 |
| 11/11/2014 | JW | Telephone Conference(s) with Opposing Counsel regarding 26(f) conference; left message to call me | 0.10 190.00/hr | 19.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/11/2014 | JW | Preparation and drafting of 26(f) report | 0.30<br>190.00/hr | 57.00 |
| 11/21/2014 | JS | Examination of memo to Opposing Counsel | 0.10<br>290.00/hr | 29.00 |
|  | JW | Compose e-mail to Opposing Counsel regarding 26(f) Report | 0.10<br>190.00/hr | 19.00 |
| 11/24/2014 | S | Receipt of Electronic Court Filing Notice.  Save file-marked document in e-file. | 0.10<br>60.00/hr | 6.00 |
|  | S | Receipt of Electronic Court Filing Notice.  Save file-marked document in e-file. | 0.10<br>60.00/hr | 6.00 |
|  | JS | Examination of filed 26f Report | 0.10<br>290.00/hr | 29.00 |
|  | JS | Examination of Final Scheduling Order and case deadline memos | 0.25<br>290.00/hr | 72.50 |
|  | JW | Telephone Conference(s) with Opposing Counsel regarding 26(f) Report and settlement conference; filing 26(f) Report | 0.40<br>190.00/hr | 76.00 |
|  | JW | Receipt and review of Final Scheduling Order; set calendar reminders for deadlines | 0.70<br>190.00/hr | 133.00 |
| 11/25/2014 | JS | Examination of answer to amended complaint | 0.30<br>290.00/hr | 87.00 |
| 11/26/2014 | JW | Telephone Conference(s) between Attorney and Client Trista regarding settlement conference | 0.10<br>190.00/hr | 19.00 |
|  | JW | Telephone Conference(s) with court regarding proper procedure for setting up settlement conference | 0.10<br>190.00/hr | 19.00 |
|  | JW | Preparation and drafting of joint motion for settlement conference | 0.20<br>190.00/hr | 38.00 |
|  | JW | Compose e-mail to Opposing Counsel regarding joint motion for settlement conference | 0.10<br>190.00/hr | 19.00 |
|  | JS | Examination of email to Opposing Counsel and proposed joint motion | 0.10<br>290.00/hr | 29.00 |
|  | JS | Examination of intra-office memo regarding discovery | 0.20<br>290.00/hr | 58.00 |
| 12/1/2014 | JW | Compose e-mail to Opposing Counsel regarding follow up for approval for joint motion for settlement conference | 0.10<br>190.00/hr | 19.00 |
|  | JW | Preparation and drafting of 1st requests for admissions | 0.40<br>190.00/hr | 76.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2014 | JW | Examination of answers to First Amended Complaint; annotate First Amended Complaint | 0.30 190.00/hr | 57.00 |
| | JW | Perform legal research as related to Client's case regarding whether board and lodging can be used to meet salary basis test | 0.40 190.00/hr | 76.00 |
| | JW | Preparation and drafting of first Interrogatories  and Requests for Production | 1.60 190.00/hr | 304.00 |
| | JS | Examination of email to Opposing Counsel | 0.10 290.00/hr | 29.00 |
| 12/2/2014 | JW | Examination of 1st Interrogatories  and Requests for Production | 0.10 190.00/hr | 19.00 |
| | JW | Preparation and drafting of 1st Interrogatories  and Requests for Production to Rahman | 1.40 190.00/hr | 266.00 |
| 12/3/2014 | JW | Work on Client's file- preparation of discovery Interrogatories  and Requests for Production to send via U.S. Mail | 0.20 190.00/hr | 38.00 |
| | JW | Telephone Conference(s) with Opposing Counsel regarding joint motion for settlement conference, left message with answering service; sent email | 0.10 190.00/hr | 19.00 |
| | JS | Examination of proposed joint motion | 0.10 290.00/hr | 29.00 |
| 12/22/2014 | JW | Receipt and review of email from Trista regarding job offer from Jahid | 0.10 190.00/hr | 19.00 |
| | JS | Receive, read and prepare response to email(s) from Josh West regarding Defendant's call to our client | 0.10 290.00/hr | 29.00 |
| 12/29/2014 | JW | Receive, read and prepare response to email(s) from Trista regarding Jahid calling, potentially offering job | 0.10 190.00/hr | 19.00 |
| | JW | Receipt and review of email from Josh Sanford regarding Jahid calling Trista | 0.10 190.00/hr | 19.00 |
| 1/5/2015 | JW | Telephone Conference(s) between Attorney and Client Trista regarding going back to work for Jahid | 0.30 190.00/hr | 57.00 |
| 1/12/2015 | JW | Telephone Conference(s) between Attorney and Client Trista regarding Jahid's attempt to get her to sign an affidavit | 0.20 190.00/hr | 38.00 |
| 1/14/2015 | JS | Receive, read and prepare response to email(s) from Josh West regarding potential trial issues | 0.10 290.00/hr | 29.00 |
| | JS | Telephone Conference(s) with chambers regarding trial scheduling | 0.10 290.00/hr | 29.00 |
| 1/16/2015 | JW | Work on Client's file- check file for dates of service of discovery | 0.10 190.00/hr | 19.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/16/2015 | JW | Conference with Josh Sanford regarding case status; lack of responses to discovery requests; Jones getting job back at Jahid's | 0.20 190.00/hr | 38.00 |
| | JW | Compose e-mail to Opposing Counsel regarding discovery requests | 0.20 190.00/hr | 38.00 |
| | JW | Telephone Conference(s) with Opposing Counsel regarding late discovery responses | 0.10 190.00/hr | 19.00 |
| | JS | Conference with Josh West | 0.10 290.00/hr | 29.00 |
| 1/20/2015 | JS | Examination of memo to Opposing Counsel regarding lack of discovery answers | 0.10 290.00/hr | 29.00 |
| | JW | Telephone Conference(s) with Opposing Counsel regarding lack of response to discovery, no answer, left voice mail | 0.10 190.00/hr | 19.00 |
| | JW | Compose e-mail to Opposing Counsel regarding lack of responses to discovery | 0.20 190.00/hr | 38.00 |
| 1/22/2015 | JW | Receive, read and prepare response to email(s) from Opposing Counsel regarding discovery responses, extension to Feb 13 | 0.10 190.00/hr | 19.00 |
| 2/5/2015 | JW | Compose e-mail to Staff regarding costs accounting | 0.20 190.00/hr | 38.00 |
| 2/6/2015 | JW | Compose e-mail to all attorneys regarding cost accounting hypos | 0.10 190.00/hr | 19.00 |
| 2/17/2015 | JW | Compose e-mail to Opposing Counsel regarding discovery requests | 0.10 190.00/hr | 19.00 |
| | JS | Examination of memo to Opposing Counsel regarding discovery | 0.10 290.00/hr | 29.00 |
| 2/25/2015 | JS | Receive, read and prepare response to email(s) from Josh West regarding Defendants not answering discovery | 0.10 290.00/hr | 29.00 |
| | JW | Compose e-mail to Josh Sanford regarding Defendants' failure to produce discovery | 0.10 190.00/hr | 19.00 |
| 2/27/2015 | JS | Editing and revision of 26(a) disclosures | 0.20 290.00/hr | 58.00 |
| | JW | Editing and revision of 26(a) disclosures | 0.10 190.00/hr | 19.00 |
| | JW | Examination of requirements for pretrial disclosure sheets | 0.20 190.00/hr | 38.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista Jones regarding whether Antonio Martin would be a witness | 0.10 190.00/hr | 19.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/27/2015 | JW | Preparation and drafting of 26(a)(1) disclosures | 0.80<br>190.00/hr | 152.00 |
| 3/1/2015 | JS | Examination of email from Opposing Counsel | 0.10<br>290.00/hr | 29.00 |
| 3/2/2015 | JW | Telephone Conference(s) with Opposing Counsel regarding affidavit, motion to dismiss | 0.10<br>190.00/hr | 19.00 |
| | JW | Work on Client's file- decide next steps | 0.10<br>190.00/hr | 19.00 |
| | JW | Receive, read and prepare response to email(s) from Opposing Counsel regarding case | 0.10<br>190.00/hr | 19.00 |
| | JW | Telephone Conference(s) with Josh Sanford regarding next steps | 0.30<br>190.00/hr | 57.00 |
| | JW | Compose e-mail to Trista regarding Affidavit | 0.20<br>190.00/hr | 38.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista regarding Affidavit, no answer, left voice mail | 0.10<br>190.00/hr | 19.00 |
| | JW | Receipt and review of email from Josh Sanford regarding Trista being threatened with termination in exchange for Affidavit | 0.10<br>190.00/hr | 19.00 |
| | JW | Receipt and review of email from Opposing Counsel regarding Affidavit from our client | 0.20<br>190.00/hr | 38.00 |
| | JW | Compose e-mail to Josh Sanford regarding Opposing Counsel email about Affidavit | 0.10<br>190.00/hr | 19.00 |
| | JW | Conference with Josh Sanford regarding Opposing Counsel email about Affidavit | 0.10<br>190.00/hr | 19.00 |
| | JW | Compose e-mail to Opposing Counsel regarding Affidavit from our client; ethics violations, discovery violations | 1.30<br>190.00/hr | 247.00 |
| | JW | Receipt and review of email from Josh Sanford regarding email to Opposing Counsel regarding Affidavit from our client | 0.10<br>190.00/hr | 19.00 |
| | JS | Telephone Conference(s) with Opposing Counsel | 0.10<br>290.00/hr | 29.00 |
| | JS | Discussion of case status and directing case strategy to Attorney Josh West | 0.10<br>290.00/hr | 29.00 |
| | JS | Examination of memo to Opposing Counsel regarding Plaintiff Affidavit | 0.10<br>290.00/hr | 29.00 |
| | JS | Examination of email from Opposing Counsel regarding Plaintiff Affidavit | 0.10<br>290.00/hr | 29.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2015 | JS | Telephone Conference(s) with Josh West regarding Affidavit, after review of emails | 0.40 290.00/hr | 116.00 |
| | JS | Examination of client letter | 0.10 290.00/hr | 29.00 |
| 3/3/2015 | JW | Telephone Conference(s) between Attorney and Client Trista regarding Affidavit | 0.10 190.00/hr | 19.00 |
| 3/6/2015 | JW | Compose e-mail to Trista regarding case, affidavit | 0.10 190.00/hr | 19.00 |
| | JS | Examination of memo to client | 0.10 290.00/hr | 29.00 |
| 3/9/2015 | JW | Compose e-mail to Josh Sanford regarding pretrial disclosures | 0.10 190.00/hr | 19.00 |
| | JW | Telephone Conference(s) with Josh Sanford regarding pretrial disclosures | 0.40 190.00/hr | 76.00 |
| | JW | Preparation and drafting of pretrial disclosures | 2.00 190.00/hr | 380.00 |
| | JW | Filing pretrial disclosures | 0.20 190.00/hr | 38.00 |
| | JW | Receipt and review of Defendant's 26(a)(1) disclosures | 0.10 190.00/hr | 19.00 |
| | JW | Receipt and review of Defendant's pretrial disclosures | 0.10 190.00/hr | 19.00 |
| | JW | Examination of DOL investigation report | 0.20 190.00/hr | 38.00 |
| | JW | Compose e-mail to Trista regarding damages, Affidavit | 0.40 190.00/hr | 76.00 |
| | JW | Receive, read and prepare response to email(s) from Josh Sanford regarding Jones disclosures | 0.10 190.00/hr | 19.00 |
| | JW | Compose e-mail to Josh Sanford regarding Jones status | 0.10 190.00/hr | 19.00 |
| | JS | Receive, read and prepare response to email(s) from Josh West regarding pre-trial disclosures | 0.20 290.00/hr | 58.00 |
| | JS | Receive, read and prepare response to email(s) from Josh West regarding Defendants' proposed motion | 0.10 290.00/hr | 29.00 |
| | JS | Examination of pre-trial disclosures from Defendant | 0.25 290.00/hr | 72.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/9/2015 | JS | Editing and revision of disclosures; call Josh West regarding trial preparation | 0.25 290.00/hr | 72.50 |
| | JS | Examination of Plaintiff's disclosures- filed | 0.10 290.00/hr | 29.00 |
| 3/10/2015 | S | Receipt of Electronic Court Filing Notices.  Save file-marked documents in e-file. | 0.20 60.00/hr | 12.00 |
| | JS | Preparation for Hearing, including review of file and Exhibits | 0.20 290.00/hr | 58.00 |
| 3/11/2015 | JS | Discussion of case status and directing case strategy to Attorney Josh West | 0.10 290.00/hr | 29.00 |
| 3/12/2015 | JS | Discussion of case status and directing case strategy to Attorney Josh West | 0.10 290.00/hr | 29.00 |
| 3/13/2015 | JW | Compose e-mail to Josh Sanford regarding trial preparation | 0.10 190.00/hr | 19.00 |
| | JW | Work on Client's file- list of tasks to be completed for trial; review calendar events | 0.20 190.00/hr | 38.00 |
| | JW | Perform legal research as related to Client's case; preparation and drafting of subpoena; preparation for trial; review relevant legal authorities and pleadings | 0.60 190.00/hr | 114.00 |
| | JW | Receipt and review of Electronic Court Filing pretrial disclosure sheet | 0.10 190.00/hr | 19.00 |
| | JS | Telephone Conference(s) with Josh West regarding trial preparation strategy | 0.10 290.00/hr | 29.00 |
| | JS | Receive, read and prepare response to email(s) from Josh West regarding client appearance at trial | 0.20 290.00/hr | 58.00 |
| 3/16/2015 | JW | Receive, read and prepare response to email(s) from Josh Sanford regarding Subpoena | 0.10 190.00/hr | 19.00 |
| | JS | Receive, read and prepare response to email(s) from Josh West regarding trial strategy | 0.10 290.00/hr | 29.00 |
| 3/17/2015 | JW | Telephone Conference(s) with chambers regarding Jones trial; email Josh Sanford regarding conversation | 0.20 190.00/hr | 38.00 |
| | JW | Receipt and review of email from Josh Sanford regarding trial strategy | 0.10 190.00/hr | 19.00 |
| | JW | Work on Client's file- set deadline for issuing Subpoena | 0.10 190.00/hr | 19.00 |
| | JS | Examination of memo regarding Subpoena | 0.10 290.00/hr | 29.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|--|-------------|----------|--------|
| 3/20/2015 | JS | Receive, read and prepare response to email(s) from Josh West regarding letter from Opposing Counsel regarding trial/ witnesses | 0.10 290.00/hr | 29.00 |
| 3/21/2015 | JS | Receive, read and prepare response to email(s) from Josh West regarding letter to client | 0.10 290.00/hr | 29.00 |
| 3/22/2015 | JW | Compose e-mail to Trista regarding case | 0.80 190.00/hr | 152.00 |
| | JS | Editing and revision of letter to client | 0.10 290.00/hr | 29.00 |
| 3/23/2015 | JW | Compose, prepare and send correspondence to Client Trista regarding case | 1.20 190.00/hr | 228.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista Jones regarding case | 0.10 190.00/hr | 19.00 |
| | JS | Perform legal research as related to Client's case regarding Beauford case | 0.30 290.00/hr | 87.00 |
| | JS | Preparation and drafting of intra-office memo regarding non-judicial settlement | 0.10 290.00/hr | 29.00 |
| 3/24/2015 | JW | Perform legal research as related to Client's case regarding unwaivability of wages, liquidated damages and fees | 0.30 190.00/hr | 57.00 |
| | JW | Examination of Beuford v. ActionLink to determine relavance for case | 0.30 190.00/hr | 57.00 |
| | JW | Work on Client's file- trial preparation | 0.30 190.00/hr | 57.00 |
| | JW | Examination of signatures on Affidavit and settlement | 0.20 190.00/hr | 38.00 |
| | JW | Compose e-mail to Josh Sanford regarding value of ActionLink case | 0.10 190.00/hr | 19.00 |
| | JW | Receive, read and prepare response to email(s) from Josh Sanford regarding value of ActionLink case | 0.10 190.00/hr | 19.00 |
| | JW | Compose, prepare and send correspondence to Trista Jones | 0.80 190.00/hr | 152.00 |
| | JW | Editing and revision and review of letter to Trista | 0.10 190.00/hr | 19.00 |
| | JW | Examination of emails from Opposing Counsel regarding discovery responses and answers to discovery, supplemental answers and documents. Sort, save, and organize in file | 1.00 190.00/hr | 190.00 |
| | JW | Examination of FOIA documents from DOL | 0.10 190.00/hr | 19.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/24/2015 | JW | Examination of Defendant's pretrial disclosures to determine whether we have objections | 0.50 190.00/hr | 95.00 |
| | JW | Preparation and drafting of pretrial brief | 2.10 190.00/hr | 399.00 |
| | JW | Perform legal research as related to Client's case regarding Anderson/ Mt. Clemens burden shifting analysis | 0.50 190.00/hr | 95.00 |
| | JS | receive, read and prepare response to email(s) from Josh West regarding use of ActionLink case | 0.10 290.00/hr | 29.00 |
| | JS | Telephone Conference(s) with Josh West regarding case strategy | 0.10 290.00/hr | 29.00 |
| 3/25/2015 | JW | Preparation and drafting of pretrial brief | 4.40 190.00/hr | 836.00 |
| 3/26/2015 | JW | Preparation and drafting of pretrial brief | 0.30 190.00/hr | 57.00 |
| | JW | Work on Client's file- damages calculations, theory on constructive intended amount of time that salary was intended to compensate | 0.80 190.00/hr | 152.00 |
| | JW | Preparation and drafting of pretrial brief | 0.30 190.00/hr | 57.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista regarding case | 0.30 190.00/hr | 57.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista regarding case; Affidavit; etc | 1.50 190.00/hr | 285.00 |
| | JS | Editing and revision of letter to Opposing Counsel regarding Plaintiffs' pretrial planning | 0.10 290.00/hr | 29.00 |
| | JS | Conference with Josh West regarding client call after review of message | 0.25 290.00/hr | 72.50 |
| | JS | Receive, read and prepare response to email(s) from Staff and Josh West regarding case status | 0.10 290.00/hr | 29.00 |
| 3/27/2015 | JW | Telephone Conference(s) between Attorney and Client Trista regarding case facts | 0.40 190.00/hr | 76.00 |
| | JW | Preparation and drafting of pretrial brief | 3.30 190.00/hr | 627.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista regarding recording of Yogesh trying to get her to drop the case; how to handle pressure from Defendants to drop the case | 0.40 190.00/hr | 76.00 |
| | JS | Conference with Josh West regarding trial preparation and strategy | 0.10 290.00/hr | 29.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/27/2015 | JS | Discussion of case status and directing case strategy to Attorney Josh West regarding affirmative defenses and trial strategy | 0.30 290.00/hr | 87.00 |
| | JS | Telephone Conference(s) between Attorney and Client to preparation for court | 0.20 290.00/hr | 58.00 |
| | JS | Conference with Josh West regarding pretrial Brief | 0.10 290.00/hr | 29.00 |
| | JS | Editing and revision of pretrial brief | 1.20 290.00/hr | 348.00 |
| | JS | Conference with Josh West regarding liquidated damages, update damages spreadsheet | 0.20 290.00/hr | 58.00 |
| | JS | Examination of pretrial Brief | 0.10 290.00/hr | 29.00 |
| 3/30/2015 | S | Receipt of Electronic Court Filing Notice.  Save file-marked document in e-file. | 0.10 60.00/hr | 6.00 |
| | JS | Examination of telephone conference notice; email with chambers | 0.20 290.00/hr | 58.00 |
| | JS | Receive, read and prepare response to email(s) from chambers regarding length of trial | 0.20 290.00/hr | 58.00 |
| | JS | Receive, read and prepare response to email(s) from chambers regarding scheduling trial | 0.20 290.00/hr | 58.00 |
| 3/31/2015 | JS | Examination of multiple emails regarding Defendant's desire to use late witness | 0.20 290.00/hr | 58.00 |
| | JS | Conference with Josh West regarding strategy regarding supplementation of pre-trial disclosures | 0.10 290.00/hr | 29.00 |
| | JW | Conference with Josh Sanford regarding Opposing Counsel's request for continuance of case | 0.10 190.00/hr | 19.00 |
| | JW | Receipt and review of email from Opposing Counsel regarding potential continuance of case | 0.10 190.00/hr | 19.00 |
| | JW | Preparation and drafting of supplemental pretrial disclosures | 0.40 190.00/hr | 76.00 |
| 4/1/2015 | JS | Examination of emails from chambers and Opposing Counsel | 0.10 290.00/hr | 29.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista regarding meeting to prepare for hearing, case status, and case strategy | 0.30 190.00/hr | 57.00 |
| | JW | Examination of Defendant's trial brief | 0.10 190.00/hr | 19.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2015 | JW | Telephone Conference(s) with Trista Jones regarding confirmation of meeting time | 0.10 190.00/hr | 19.00 |
| | JW | Compose e-mail to Trista regarding confirmation of meeting time to prep for trial | 0.10 190.00/hr | 19.00 |
| 4/2/2015 | JW | Preparation for Hearing, including review of file and Exhibits- trial; identify documents to discuss with Plaintiff, review documents identified | 4.20 190.00/hr | 798.00 |
| | JW | Receipt and review of Fell's motion to quash subpoena | 0.10 190.00/hr | 19.00 |
| | JW | Telephone Conference(s) with court regarding case | 0.40 190.00/hr | 76.00 |
| | JW | Attorney Conference with Client Trista regarding trial preparation | 5.80 190.00/hr | 1,102.00 |
| | JS | Preparation for Hearing, including review of file and Exhibits- review of Defendants documents | 0.75 290.00/hr | 217.50 |
| | JS | Conference with Josh West for review of Defendant's disclosures | 0.25 290.00/hr | 72.50 |
| | JS | Conference with Josh West regarding refining hours-worked issues | 0.20 290.00/hr | 58.00 |
| | JS | Examination of motion and brief | 0.20 290.00/hr | 58.00 |
| | JS | Court Appearance- for phone conference | 0.50 290.00/hr | 145.00 |
| | JS | Examination of notice from court regarding trial details | 0.10 290.00/hr | 29.00 |
| | JS | Preparation for Hearing, including review of file and Exhibits; meeting with client | 0.25 290.00/hr | 72.50 |
| | JS | Preparation for Hearing, including review of file and Exhibits; emails with Josh West | 0.20 290.00/hr | 58.00 |
| | S | Receipt of Electronic Court Filing Notice.  Save file-marked document in e-file. | 0.10 60.00/hr | 6.00 |
| 4/3/2015 | JS | Receive, read and prepare response to email(s) from chambers regarding admin issues | 0.10 290.00/hr | 29.00 |
| | JS | Telephone Conference(s) with Josh West regarding witness strategy | 0.10 290.00/hr | 29.00 |
| | JS | Telephone Conference(s) with Josh West regarding Jeanette Stout- possible witness | 0.10 290.00/hr | 29.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/3/2015 | JS | Telephone Conference(s) with Josh West and Opposing Counsel regarding DOL investigation | 0.20 290.00/hr | 58.00 |
| | JS | Compose e-mail to chambers regarding non-delivery of DOL report | 0.10 290.00/hr | 29.00 |
| | JS | Telephone Conference(s) with Josh West regarding trial planning strategy | 0.40 290.00/hr | 116.00 |
| | JS | Receive, read and prepare response to email(s) from chambers regarding USDOL report | 0.10 290.00/hr | 29.00 |
| | JS | Examination of our filings regarding exhibits | 0.10 290.00/hr | 29.00 |
| | JW | Telephone Conference(s) with Josh Sanford regarding witnesses | 0.10 190.00/hr | 19.00 |
| | JW | Telephone Conference(s) with Josh Sanford regarding Jeanette Stout as witness | 0.20 190.00/hr | 38.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista regarding trial | 0.70 190.00/hr | 133.00 |
| | JW | Preparation for Hearing, including review of file and Exhibits- review discovery documents and prepare exhibits | 3.80 190.00/hr | 722.00 |
| | JW | Telephone Conference(s) with Patrick Reed | 0.10 190.00/hr | 19.00 |
| | JW | Telephone Conference(s) with Jeanette | 0.10 190.00/hr | 19.00 |
| | JW | Telephone Conference(s) with Linda Smith regarding case | 0.10 190.00/hr | 19.00 |
| | JW | Telephone Conference(s) with Jeanette Stout regarding case | 1.10 190.00/hr | 209.00 |
| 4/6/2015 | JS | Conference with Josh West regarding exhibits | 0.20 290.00/hr | 58.00 |
| | JS | Examination of emails regarding DOL file with tracking information | 0.10 290.00/hr | 29.00 |
| | JS | Receive, read and prepare response to email(s) from chambers and Opposing Counsel | 0.20 290.00/hr | 58.00 |
| | JS | Examination of DOL report - certified | 0.20 290.00/hr | 58.00 |
| | JS | Conference with Josh West regarding certified US DOL report | 0.20 290.00/hr | 58.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2015 | JS | Conference with staff regarding exhibit binders | 0.10 290.00/hr | 29.00 |
| | JS | Examination of Defendant's emails with exhibits | 0.10 290.00/hr | 29.00 |
| | JS | Examination of Defendant's trial exhibits | 0.60 290.00/hr | 174.00 |
| | JS | Preparation for Hearing, including review of file and Exhibits | 1.30 290.00/hr | 377.00 |
| | JS | Work on Client's file- exhibit review | 0.80 290.00/hr | 232.00 |
| | JW | Telephone Conference(s) with send text to staff regarding whether they can print exhibits for me | 0.10 190.00/hr | 19.00 |
| | JW | Court Appearance, including travel time and waiting- travel to Jonesboro | 2.25 190.00/hr | 427.50 |
| | JW | Preparation for Hearing, including review of file and Exhibits- trial | 3.60 190.00/hr | 684.00 |
| | JW | Telephone Conference(s) with Josh Sanford regarding Patrick Reed | 0.10 190.00/hr | 19.00 |
| | JW | Telephone Conference(s) with Patrick Reed regarding case | 0.40 190.00/hr | 76.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista regarding case; trial preparation | 0.50 190.00/hr | 95.00 |
| | JW | Preparation for Hearing, including drafting of trial examination outlines | 4.50 190.00/hr | 855.00 |
| | JW | Telephone Conference(s) with Josh Sanford regarding case, trial strategy | 0.50 190.00/hr | 95.00 |
| | JW | Examination of Defendant's rearranged exhibits | 1.00 190.00/hr | 190.00 |
| | JW | Examination of exhibits for potential authentication problems and anticipate potential arguments, note potential objections | 2.50 190.00/hr | 475.00 |
| | SC | Receipt and review of Defendant's reorganized and renumbered exhibits | 1.40 125.00/hr | 175.00 |
| | CB | Work on Client's file- print and prepare Defendant's reorganized and renumbered exhibits and trial binder for trial; prepare table of contents | 0.30 190.00/hr | 57.00 |
| | JS | Preparation for Hearing, including review of file and reorganized and renumbered Exhibits | 0.40 290.00/hr | 116.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2015 | JS | Telephone Conference(s) with Josh West regarding reorganized and renumbered Defendant's exhibits | 0.10 290.00/hr | 29.00 |
| | JS | Court Appearance (only travel from Little Rock) | 2.25 290.00/hr | 652.50 |
| | S | Receipt of Electronic Court Filing Notices.  Save file-marked documents in e-file. | 0.20 60.00/hr | 12.00 |
| 4/7/2015 | JW | Preparation for Hearing, including review of file and Exhibits- review newly sent Exhibits; discuss trial strategy with Josh Sanford | 0.30 190.00/hr | 57.00 |
| | JW | Court Appearance, including travel time and waiting | 8.00 190.00/hr | 1,520.00 |
| | JW | Telephone Conference(s) with Steve Rauls regarding calculations of regular rate | 0.10 190.00/hr | 19.00 |
| | JW | Conference regarding calculating regular rate with lodging, lodging deductions | 0.30 190.00/hr | 57.00 |
| | JW | Court Appearance, including travel time and waiting- drive back to Little Rock from Jonesboro | 2.20 190.00/hr | 418.00 |
| | JW | Preparation and drafting of post-trial brief | 2.00 190.00/hr | 380.00 |
| | JW | Examination of evidence, exhibit E, Plaintiff's exhibits 6, 7, 8, Defendant's time cards in relationship to Ex. E, conduct comparisons of Ex. E, time cards, and DOL report | 3.00 190.00/hr | 570.00 |
| | SR | Perform legal research as related to Client's case regarding inclusion of lodging in calculation of regular rate | 0.50 200.00/hr | 100.00 |
| | SR | Telephone Conference(s) with Josh Sanford regarding post-trial brief requested by court | 0.10 200.00/hr | 20.00 |
| | SR | Telephone Conference(s) with Josh Sanford and Josh West regarding lodging as part of regular rate | 0.10 200.00/hr | 20.00 |
| | JS | Court Appearance, including travel time and waiting- final preparations | 2.50 290.00/hr | 725.00 |
| | JS | Court Appearance, including travel time and waiting (includes travel back to the hotel) | 8.00 290.00/hr | 2,320.00 |
| | JS | Work on Client's file: calculation of damages for post trial Brief | 0.60 290.00/hr | 174.00 |
| | JS | Work on Client's file: damages per CFR; review Defendant's testimony | 0.40 290.00/hr | 116.00 |
| | JS | Court Appearance (only return travel) | 2.20 290.00/hr | 638.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2015 | JS | Telephone Conference(s) with Josh West regarding status of Brief | 0.10 290.00/hr | 29.00 |
| 4/8/2015 | SR | Conference with Josh Sanford regarding post-trial brief | 0.10 200.00/hr | 20.00 |
| | SR | Conference with Josh West and Josh Sanford regarding methods of calculating regular rate | 0.20 200.00/hr | 40.00 |
| | SR | Examination of Defendant's post-trial brief | 0.20 200.00/hr | 40.00 |
| | SR | Examination of Defendant's post-trial rebuttal brief | 0.30 200.00/hr | 60.00 |
| | JW | Editing and revision of response to Defendant's post-trial brief | 0.80 190.00/hr | 152.00 |
| | JW | Filing response to Defendant's post-trial brief | 0.10 190.00/hr | 19.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista regarding trial, next steps | 0.10 190.00/hr | 19.00 |
| | JW | Preparation and drafting of Plaintiff's responses to Defendant's post-trial brief | 2.20 190.00/hr | 418.00 |
| | JW | Perform legal research as related to Client's case regarding Tony and Susan Alamo case cited by Defendants | 0.30 190.00/hr | 57.00 |
| | JW | Conference with Josh Sanford and Steve Rauls regarding damages calculations | 0.30 190.00/hr | 57.00 |
| | JW | Editing and revision of post-trial brief | 1.40 190.00/hr | 266.00 |
| | JW | Perform legal research as related to Client's case regarding lodging and damages calculations | 0.20 190.00/hr | 38.00 |
| | JW | Compose e-mail to Opposing Counsel and chambers regarding damages calculations | 0.10 190.00/hr | 19.00 |
| | JW | Filing post-trial brief | 0.20 190.00/hr | 38.00 |
| | JW | Examination of Defendant's post-trial brief | 0.40 190.00/hr | 76.00 |
| | JS | Editing and revision of post trial Brief | 1.80 290.00/hr | 522.00 |
| | JS | Conference with Josh West regarding post trial Brief | 0.10 290.00/hr | 29.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/8/2015 | JS | Conference with Josh West regarding work on calculating "regular rate" | 0.30 290.00/hr | 87.00 |
| | JS | Editing and revision of post trial Brief | 0.20 290.00/hr | 58.00 |
| | JS | Examination of Defendant's Trial Brief (post trial) | 0.20 290.00/hr | 58.00 |
| | JS | Compose e-mail to Chambers with Defendant's Brief | 0.10 290.00/hr | 29.00 |
| | JS | Examination of Notice from Clerk | 0.10 290.00/hr | 29.00 |
| | JS | Conference with Josh West regarding rebuttal Brief strategy | 0.10 290.00/hr | 29.00 |
| | JS | Examination of Minute Entry regarding completed bench trial | 0.10 290.00/hr | 29.00 |
| | JS | Editing and revision of Rebuttal Brief and post trial Brief | 0.50 290.00/hr | 145.00 |
| | JS | Conference with Josh West regarding edits to Brief | 0.10 290.00/hr | 29.00 |
| | JS | Receive, read and prepare response to email(s) from Chambers regarding rebuttal Brief | 0.10 290.00/hr | 29.00 |
| | JS | Editing and revision of Rebuttal Brief | 0.20 290.00/hr | 58.00 |
| | S | Receipt of Electronic Court Filing Notices.  Save file-marked documents in e-file. | 0.20 60.00/hr | 12.00 |
| | S | Receipt of Electronic Court Filing Notice.  Save file-marked document in e-file. | 0.10 60.00/hr | 6.00 |
| | S | Receipt of Electronic Court Filing Notices.  Save file-marked documents in e-file. | 0.20 60.00/hr | 12.00 |
| 4/9/2015 | JS | Examination of two Notices of Deficiency | 0.10 290.00/hr | 29.00 |
| | JW | Telephone Conference(s) between Attorney and Client Trista regarding status, going forward with employment at Value Inn | 0.20 190.00/hr | 38.00 |
| | JW | Work on Client's file- sort and review previously received emails; includes previously unbilled time for reviewing these emails- received prior to trial from Opposing Counsel, Josh Sanford, and the court regarding exhibits and pre-trial matters | 0.40 190.00/hr | 76.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/9/2015 | S | Receipt of Electronic Court Filing Notice.  Save file-marked document in e-file. | 0.10<br>60.00/hr | 6.00 |
|  | S | Receipt of Electronic Court Filing Notice.  Save file-marked document in e-file. | 0.10<br>60.00/hr | 6.00 |
| 4/13/2015 | JW | Receive, read and prepare response to email(s) from Trista regarding case status, whether judge has ruled | 0.10<br>190.00/hr | 19.00 |
| 4/15/2015 | JS | Examination of judgment; order | 0.30<br>290.00/hr | 87.00 |
|  | SR | Receipt and review of judgment; discuss timing of fee Petition with Josh West | 0.20<br>200.00/hr | 40.00 |
|  | JW | Receipt and review of opinion and order on facts and conclusions of law | 0.20<br>190.00/hr | 38.00 |
| 4/16/2015 | JW | Telephone Conference(s) between Attorney and Client Trista regarding judgment | 0.10<br>190.00/hr | 19.00 |
| 4/24/2015 | JS | Editing and revision of invoice | 0.40<br>290.00/hr | NO CHARGE |
|  | JW | Conference with Josh Sanford regarding fee petition; email Staff for fees and costs | 0.10<br>190.00/hr | 19.00 |
| 4/27/2015 | JW | Preparation and drafting of Brief in Support of motion/ petition for fees | 2.20<br>190.00/hr | 418.00 |
|  | JW | Perform legal research as related to Client's case regarding fee petitions, standards of law | 2.70<br>190.00/hr | 513.00 |
|  | JW | Editing and revision of invoice | 1.90<br>190.00/hr | NO CHARGE |
|  | JW | Compose e-mail to staff regarding edits to invoice | 0.10<br>190.00/hr | NO CHARGE |
|  | JW | Preparation and drafting of motion/ petition for fees | 0.50<br>190.00/hr | 95.00 |
|  | JW | Preparation and drafting of Brief in Support of motion/ petition for fees | 0.40<br>190.00/hr | 76.00 |
|  | JW | Preparation and drafting of declaration of Josh Sanford in support of petition for fees | 1.50<br>190.00/hr | 285.00 |
| 4/28/2015 | JW | Editing and revision of Brief in Support of fee petition | 0.70<br>190.00/hr | 133.00 |
|  | JW | Editing and revision of motion for costs and fees | 0.10<br>190.00/hr | 19.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/28/2015 | JW | Perform legal research as related to Client's case regarding fee petitions, proper methods of calculating | 1.20 190.00/hr | 228.00 |
| | JW | Editing and revision of final invoice | 0.70 190.00/hr | NO CHARGE |
| | JW | Compose e-mail to staff regarding final invoice | 0.10 190.00/hr | NO CHARGE |
| | JW | Preparation and drafting of Brief in Support of fee petition | 3.40 190.00/hr | 646.00 |
| | JW | Conference with Josh Sanford regarding fee petition | 0.10 190.00/hr | 19.00 |
| | JS | Conference with Josh West regarding Brief in Support for fee petition | 0.20 290.00/hr | 58.00 |
| | JS | Editing and revision of motion for fees | 0.10 290.00/hr | 29.00 |
| | JS | Editing and revision of declaration and Brief in Support | 0.50 290.00/hr | 145.00 |
| 4/29/2015 | JS | Conference regarding fee petition request | 0.10 290.00/hr | 29.00 |
| | | For professional services rendered | 206.85 | $43,355.00 |

Additional Charges :

| | | Qty | Price | |
|---|---|---|---|---|
| 11/26/2013 | Filing Fee to Clerk of Court- USDC | 1 | 400.00 | 400.00 |
| 3/14/2014 | Service Fee for Service of Lawsuit for RK Enterprises, Jahid Rahman, and Mahmuda Rahman | 1 | 267.00 | 267.00 |
| 9/4/2014 | Copies | 88 | 0.20 | 17.60 |
| 3/31/2015 | Expense- for service of process of subpoena | 1 | 50.00 | 50.00 |
| 4/6/2015 | Copies for trial and exhibit notebooks | 400 | 0.20 | 80.00 |
| | Expense- numbered tabs for exhibit notebook | 1 | 35.00 | 35.00 |
| | Copies | 100 | 0.20 | 20.00 |
| | Mileage | 132 | 0.60 | 79.20 |
| 4/7/2015 | Travel expenses- lunch (Josh West/ Josh Sanford) | 1 | 25.00 | 25.00 |
| 4/8/2015 | Travel expenses - Hotel for Josh Sanford on 4/6/2015 and 4/7/2015 | 1 | 270.14 | 270.14 |

| | Qty | Price | Amount |
|---|---|---|---|
| 4/8/2015 Travel expenses - Hotel for Josh Sanford on 4/6/2015 and 4/7/2015 | 1 | 258.78 | 258.78 |
| Mileage | 132 | 0.60 | 79.20 |
| Total additional charges | | | $1,581.92 |
| Total amount of this bill | | | $44,936.92 |
| Balance due | | | $44,936.92 |

**WE ACCEPT MASTERCARD, VISA & DISCOVER**