# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TRISTA JONES**                                                                                          **PLAINTIFF**

**VS.**                                        No.  3:13-CV-00252-BRW

**RK ENTERPRISES OF**
**BLYTHEVILLE, INC.,** *et al.*                                                          **DEFENDANTS**

## ORDER

Plaintiff's Motion for Attorney's Fees (Doc. No. 49) is GRANTED in PART.  Taking all the factors into consideration, I believe $4,500 is a reasonable lawyers' fee and $1,581.92 reasonable costs in this case.  Accordingly, Plaintiff is entitled to $6,081.92 from Defendants.

IT IS SO ORDERED this 13th day of May, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE