|            |    |                                                                                          | Hrs/Rate        | Amount |
|------------|----|------------------------------------------------------------------------------------------|-----------------|--------|
| 5/20/2015  | JS | Conference with Josh West regarding appeal                                               | 0.10 290.00/hr  | 29.00  |
|            | JS | Editing and revision of notice of appeal; write chambers regarding final order           | 0.20 290.00/hr  | 58.00  |
|            | JS | Receive, read and prepare response to email(s) from chambers regarding final order       | 0.10 290.00/hr  | 29.00  |
|            | JW | Editing and revision of Notice of Appeal                                                 | 0.10 190.00/hr  | 19.00  |
|            | JW | Conference with Josh Sanford regarding appeal of fee award                               | 0.10 190.00/hr  | 19.00  |
|            | JW | Preparation and drafting of Notice of Appeal                                             | 0.20 190.00/hr  | 38.00  |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/21/2015 | JS | Examination of notice of appeal | 0.10 290.00/hr | 29.00 |
|  | JW | Filing of Notice of Appeal | 0.10 190.00/hr | 19.00 |
|  | JS | Examination of emails with Certified Court Reporter | 0.10 290.00/hr | 29.00 |
|  | JS | Examination of intra-office memos regarding appeal deadlines | 0.10 290.00/hr | 29.00 |
|  | JW | Perform legal research as related to Client's case regarding next steps for appeal to 8th circuit; call clerk regarding filing fee; email Staff regarding filing fee | 0.30 190.00/hr | 57.00 |
|  | JW | Receipt and review of Electronic Court Filing notification from clerk to request transcript | 0.10 190.00/hr | 19.00 |
|  | JW | Telephone Conference(s) with Court Reporter regarding payment arrangements for transcript | 0.10 190.00/hr | 19.00 |
|  | JW | Receipt and review of letter from 8th circuit regarding appeal receipt | 0.10 190.00/hr | 19.00 |
|  | JW | Telephone Conference(s) with Clerk's office regarding formatting problems with transcript and request form | 0.20 190.00/hr | 38.00 |
|  | JW | Filing of transcript request form | 0.10 190.00/hr | 19.00 |
| 5/26/2015 | JS | Examination of notice of schedule- briefing | 0.10 290.00/hr | 29.00 |
|  | JS | Examination of entry of appearance | 0.10 290.00/hr | 29.00 |
|  | JS | Receive, read and prepare response to email(s) from staff regarding appeal filing fee | 0.10 290.00/hr | 29.00 |
|  | JS | Conference with Josh West regarding appeal strategy | 0.10 290.00/hr | 29.00 |
|  | JW | Telephone Conference(s) with Vanessa Kinney regarding transcript for appendix | 0.10 190.00/hr | 19.00 |
|  | JW | Examination of record documents for determination of appropriate entries for appendix | 0.60 190.00/hr | 114.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/26/2015 | JW | Work on Client's file: search for and download appearance form; call Court for help finding | 0.20 190.00/hr | 38.00 |
|  | JW | Preparation and drafting of appearance form | 0.20 190.00/hr | 38.00 |
|  | JW | Preparation and drafting of verification fo transcript Order | 0.20 190.00/hr | 38.00 |
|  | JW | Filing of verifications of transcript Order | 0.10 190.00/hr | 19.00 |
|  | JW | Perform legal research as related to Client's case regarding appendix preparation Rule 30A | 0.50 190.00/hr | 95.00 |
| 5/27/2015 | JS | Examination of revised schedule | 0.10 290.00/hr | 29.00 |
| 5/28/2015 | JS | Examination of intra-office memos regarding deadlines | 0.10 290.00/hr | 29.00 |
|  | JW | Receive, read and prepare response to email(s) from staff regarding calendaring reminders | 0.10 190.00/hr | 19.00 |
|  | JW | Filing Appendix preparation method | 0.10 190.00/hr | 19.00 |
|  | JS | Conference with Josh West regarding work on appeal; Notice of Electronic Filing regarding appendix | 0.20 290.00/hr | 58.00 |
|  | S | Receipt of Electronic Court Filing Notice. Save file-marked document in e-file. | 0.10 60.00/hr | 6.00 |
| 6/5/2015 | JW | Perform legal research as related to Client's case regarding requirements for filing statement of the issues | 0.20 190.00/hr | 38.00 |
|  | JS | Examination of Notice of Electronic Filing regarding transcript | 0.10 290.00/hr | 29.00 |
| 6/10/2015 | JW | Filing statement of issues | 0.20 190.00/hr | 38.00 |
|  | JW | Editing and revision of statement of issues | 0.60 190.00/hr | 114.00 |

|            |     |                                                                                                                      | Hrs/Rate         | Amount  |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|------------------|---------|
|            | JW  | Preparation and drafting of statement of issues                                                                      | 1.00<br>190.00/hr | 190.00  |
|            | JS  | Editing and revision of statement of issues                                                                          | 0.20<br>290.00/hr | 58.00   |
|            | JS  | Conference with Josh West regarding revised statement of issues                                                      | 0.10<br>290.00/hr | 29.00   |
|            | JS  | Editing and revision of revised statement of issues                                                                  | 0.10<br>290.00/hr | 29.00   |
|            | S   | Receipt of Electronic Court Filing Notice. Save file-marked document in e-file.                                      | 0.10<br>60.00/hr  | 6.00    |
| 6/12/2015  | JW  | Receipt and review of Notice of Transcript Submission                                                                | 0.10<br>190.00/hr | 19.00   |
| 6/15/2015  | JS  | Examination of transcript                                                                                            | 0.10<br>290.00/hr | 29.00   |
| 6/18/2015  | JW  | Perform legal research as related to Client's case : 8th cir briefing pointers and briefing checklist and record on appeal | 0.40<br>190.00/hr | 76.00   |
|            | JW  | Examination of and review of briefing schedule                                                                       | 0.10<br>190.00/hr | 19.00   |
|            | JW  | Telephone Conference(s) with clerk regarding status of transmission of record                                        | 0.20<br>190.00/hr | 38.00   |
|            | JW  | Preparation and drafting of appellant's Brief                                                                        | 0.80<br>190.00/hr | 152.00  |
|            | JW  | Perform legal research as related to Client's case: rules on appendices and how to properly prepare an appendix      | 0.50<br>190.00/hr | 95.00   |
| 6/22/2015  | JW  | Preparation and drafting of appellant's Brief                                                                        | 2.00<br>190.00/hr | 380.00  |
|            | JW  | Perform legal research as related to Client's case : federal appellate jurisdiction                                  | 0.30<br>190.00/hr | 57.00   |

|            |      |                                                                                                   | Hrs/Rate         | Amount   |
|------------|------|---------------------------------------------------------------------------------------------------|------------------|----------|
| 6/22/2015  | JW   | Preparation and drafting of appendix                                                              | 0.40<br>190.00/hr | 76.00    |
| 6/23/2015  | JW   | Preparation and drafting of appellant's brief                                                     | 6.70<br>190.00/hr | 1,273.00 |
|            | JS   | Telephone Conference(s) with Josh West                                                            | 0.25<br>290.00/hr | 72.50    |
| 6/24/2015  |      |                                                                                                   |                  |          |
|            | JW   | Preparation and drafting of appellant's Brief                                                     | 4.30<br>190.00/hr | 817.00   |
| 6/25/2015  | JW   | Perform legal research as related to Client's case : whether transcript goes in appendix          | 0.20<br>190.00/hr | 38.00    |
|            | JW   | Perform legal research as related to Client's case : whether addendum needs a separate heading page | 0.20<br>190.00/hr | 38.00    |
|            | JW   | Perform legal research as related to Client's case: standard of review                            | 0.20<br>190.00/hr | 38.00    |
|            | JW   | Compose e-mail to Staff regarding edits to appendix                                               | 0.10<br>190.00/hr | 19.00    |
|            | JW   | Preparation and drafting of addendum                                                              | 0.60<br>190.00/hr | 114.00   |
|            | JW   | Preparation and drafting of appendix                                                              | 0.10<br>190.00/hr | 19.00    |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/26/2015 | JW | Telephone Conference(s) with 8th cir for sample briefs and papers; appendix requirements (regarding whether brackets are required); docket sheet; citations to app. and add | 0.20 190.00/hr | 38.00 |
|  | JW | Preparation and drafting of appellant's Brief | 2.20 190.00/hr | 418.00 |
|  | JW | Work on Client's file : pull docket sheet for appendix | 0.10 190.00/hr | 19.00 |
|  | JW | Editing and revision of appellant's Brief | 1.60 190.00/hr | 304.00 |
|  | JW | Editing and revision of appellant's Brief | 1.20 190.00/hr | 228.00 |
|  | JW | Editing and revision of appendix | 0.60 190.00/hr | 114.00 |
|  | JW | Conference with Josh Sanford regarding edits to appellant's Brief; appellate strategy | 0.20 190.00/hr | 38.00 |
|  | JW | Work on Client's file : edit and review Brief | 0.10 190.00/hr | 19.00 |
|  | JS | Conference with Josh West regarding draft of appeal brief | 0.10 290.00/hr | 29.00 |
|  | JS | Editing and revision of brief | 1.30 290.00/hr | 377.00 |
|  | JS | Conference with Josh West regarding edits | 0.30 290.00/hr | 87.00 |
| 6/29/2015 | JW | Editing and revision of appellant's Brief | 5.40 190.00/hr | 1,026.00 |
| 6/30/2015 | JS | Telephone Conference(s) with Josh West regarding issue framing | 0.10 290.00/hr | 29.00 |
|  | JS | Examination of Notice of Electronic Filing regarding transcript | 0.10 290.00/hr | 29.00 |
|  | JW | Telephone Conference(s) between Attorney and Steve Rauls and Stacy Coonce regarding question presented | 0.10 190.00/hr | 19.00 |
|  | JW | Telephone Conference(s) with Josh Sanford regarding question presented in appellant's brief | 0.10 190.00/hr | 19.00 |

|            |    |                                                                                                                                                                          | Hrs/Rate           | Amount     |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|------------|
| 6/30/2015  | JW | Editing and revision of appellant's brief                                                                                                                                | 4.30<br>190.00/hr  | 817.00     |
|            | JS | Examination of intra-office memo; call regarding framing issue                                                                                                           | 0.10<br>290.00/hr  | 29.00      |
| 7/1/2015   | JS | Conference with Josh West regarding brief strategy                                                                                                                       | 0.20<br>290.00/hr  | 58.00      |
|            | JS | Editing and revision of appellate brief                                                                                                                                  | 1.60<br>290.00/hr  | 464.00     |
|            | JS | Editing and revision of expanded brief                                                                                                                                   | 0.20<br>290.00/hr  | 58.00      |
|            | JS | Conference with finalizing brief                                                                                                                                         | 0.10<br>290.00/hr  | 29.00      |
| 7/2/2015   | JW | Perform legal research as related to Client's case: filing rules, submission of paper copies, timing                                                                     | 0.40<br>190.00/hr  | 76.00      |
|            | JW | Work on Client's file : check virus removal software on computer because online detectors found problems with PDF version of addendum; download AVG; attempt virus scan of addendum; email Katie regarding problem NO CHARGE | 0.70<br>190.00/hr  | NO CHARGE  |
|            | JW | Filing appellant's Brief and addendum, includes time for virus scan                                                                                                      | 0.20<br>190.00/hr  | 38.00      |
|            | JW | Editing and revision of appendix                                                                                                                                         | 0.10<br>190.00/hr  | 19.00      |
|            | JW | Editing and revision of appellant's Brief                                                                                                                                | 1.80<br>190.00/hr  | 342.00     |
|            | JW | Conference with Josh Sanford regarding edits to appellant's brief                                                                                                        | 0.10<br>190.00/hr  | 19.00      |
|            | JS | Conference with Josh West regarding language in brief                                                                                                                    | 0.10<br>290.00/hr  | 29.00      |
|            | JS | Discussion of case status and directing case strategy to Attorney Josh West (appeal strategy)                                                                            | 0.10<br>290.00/hr  | 29.00      |
|            |    | ███████████████████████████████████████████████████████████████                                                                                                          |                    |            |
|            | JW | Filing appellant's Brief and addendum                                                                                                                                    | 0.20<br>190.00/hr  | 38.00      |
|            | JW | Editing and revision of appeal Brief                                                                                                                                     | 1.30<br>190.00/hr  | 247.00     |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/3/2015 | JS | Editing and revision of appeal brief | 1.20<br>290.00/hr | 348.00 |
| 7/6/2015 | JW | Telephone Conference(s) with case manager Lorrie regarding potential for any other requirements in the addendum; (clerk asked for a cover page for addendum even though no rule requires it, called to ask if there are any other requirements that are not specified in rules) | 0.10<br>190.00/hr | 19.00 |
|  | ■ | ■ | ■ | ■ |
|  | JW | Compose e-mail to case manager Lorri regarding appendix | 0.10<br>190.00/hr | 19.00 |
|  | JW | Preparation and drafting of hard copy certificates of service | 0.10<br>190.00/hr | 19.00 |
|  | JW | Preparation and drafting of addendum cover page | 0.10<br>190.00/hr | 19.00 |
|  | JW | Receipt and review of case manager Lorri regarding appendix and final steps for filing | 0.10<br>190.00/hr | 19.00 |
|  | JW | Receipt and review of notices from 8th cir of brief and addendum filings; addendum deficiency notice | 0.10<br>190.00/hr | 19.00 |
|  | JW | Work on Client's file : travel to FedEx for copying and mailing of copies of briefing to 8th cir; includes waiting time in line and turning in documents for printing | 0.80<br>190.00/hr | 152.00 |
|  | JW | Filing: 2nd filing of addendum | 0.10<br>190.00/hr | 19.00 |
|  | JW | Editing and revision of certificates of service of hard copies of brief and appendix | 0.10<br>190.00/hr | 19.00 |
|  | JW | Editing and revision of appendix | 0.30<br>190.00/hr | 57.00 |
|  | JW | Conference with Josh Sanford regarding approval of brief | 0.10<br>190.00/hr | 19.00 |
|  | JS | Examination of Notice from Clerk | 0.10<br>290.00/hr | 29.00 |
|  | JS | Conference with Josh West regarding brief | 0.10<br>290.00/hr | 29.00 |
|  | JS | Examination of clerk's notice | 0.10<br>290.00/hr | 29.00 |

Trista Jones                                                                                              Page    38

|            |    |                                                                                                      | Hrs/Rate      | Amount |
|------------|----|------------------------------------------------------------------------------------------------------|---------------|--------|
| 7/6/2015   | JS | Telephone Conference(s) with Josh West regarding copying/sending brief                               | 0.10 290.00/hr | 29.00  |
| 7/7/2015   | JW | Compose, prepare and send correspondence to Opposing Counsel regarding copy of appellant's Brief and appendix | 0.30 190.00/hr | 57.00 |
|            | JW | Work on Client's file : travel to FedEx to pick up copies of appellant's Brief and appendix          | 0.90 190.00/hr | 171.00 |
|            | JW | Work on Client's file : call FedEx to see wheter copies of Brief and Appendix are ready              | 0.10 190.00/hr | 19.00  |
|            | JW | Receipt and review of appellant's Brief delivery confirmation notice                                 | 0.10 190.00/hr | 19.00  |
| 7/13/2015  | JS | Examination of Notice of Electronic Filing: record filed                                             | 0.10 290.00/hr | 29.00  |
|            | S  | Receipt of Electronic Court Filing Notice.  Save file-marked document in e-file.                     | 0.10 60.00/hr  | 6.00   |
| 7/17/2015  | JS | Examination of Notices of Electronic Filings regarding appeal filings                                | 0.10 290.00/hr | 29.00  |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/22/2015 | JW | Perform legal research as related to Client's case: Simpson v. Merchs. and Planters Bank | 0.10 190.00/hr | 19.00 |
| | JW | Perform legal research as related to Client's case: whether I can and whether I need to provide supplemental case law prior to appellee's response or in reply | 0.20 190.00/hr | 38.00 |
| | JW | Preparation and drafting of supplemental authorities letter regarding Simpson v. Merchs | 0.90 190.00/hr | 171.00 |
| | JW | Filing 2015-7-22 Rule 28(j) letter | 0.10 190.00/hr | 19.00 |
| | JS | Editing and revision of Supplemental brief letter | 0.10 290.00/hr | 29.00 |
| | JS | Examination of filed supplement | 0.10 290.00/hr | 29.00 |
| | S | Receipt of Electronic Court Filing Notice. Save file-marked document in e-file. | 0.10 60.00/hr | 6.00 |
| 8/4/2015 | JW | Telephone Conference(s) with Josh Sanford regarding Opposing Counsel's Response Brief | 0.10 190.00/hr | 19.00 |
| | JS | Examination of Defendants' brief | 0.50 290.00/hr | 145.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/7/2015 | JW | Receipt and review of Brief Deficiency Notice for Opposing Counsel | 0.10<br>190.00/hr | 19.00 |
| | JS | Examination of clerk's deficiency letter; call with Josh West | 0.10<br>290.00/hr | 29.00 |
| | S | Receipt of Electronic Court Filing Notice. Save file-marked document in e-file. | 0.10<br>60.00/hr | 6.00 |
| | JS | Examination of appellee's brief | 0.30<br>290.00/hr | 87.00 |
| | JS | Examination of Appellee's Brief | 0.10<br>290.00/hr | 29.00 |
| | S | Receipt of Electronic Court Filing Notice. Save file-marked document in e-file. | 0.10<br>60.00/hr | 6.00 |
| 8/17/2015 | JW | Receipt and review of Electronic Court Filing Notices regarding Appellee's Response Brief | 0.10<br>190.00/hr | 19.00 |
| | JS | Examination of notice of brief filing | 0.10<br>290.00/hr | 29.00 |
| | JS | Examination of Notice of Electronic Filing: brief filed | 0.10<br>290.00/hr | 29.00 |
| | JS | Conference with Josh West regarding appeal reply | 0.10<br>290.00/hr | 29.00 |
| 8/18/2015 | JS | Conference with Josh West regarding reply | 0.10<br>290.00/hr | 29.00 |
| 8/20/2015 | JW | Perform legal research as related to Client's case: rules on Reply Brief | 0.50<br>190.00/hr | 95.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/20/2015 | JW | Preparation and drafting of Reply Brief | 0.10<br>190.00/hr | 19.00 |
|  | JW | Examination of Stomper v. Amalgamated case, cited in Appellate Response Brief; includes annotations for Reply | 0.40<br>190.00/hr | 76.00 |
|  | JW | Examination of Farrar v. Hobby case cited in Appellee's Response Brief; includes annotations and Shepard's report analysis | 0.30<br>190.00/hr | 57.00 |
|  | JW | Examination of Stomper v. Amalgamated cited in Defendant's Reply Brief | 0.40<br>190.00/hr | 76.00 |
|  | JW | Examination of Spegon case cited in Appellee's Brief | 0.30<br>190.00/hr | 57.00 |
|  | JW | Examination of Appellee's Brief; annotate points for rebuttal for Reply Brief | 1.20<br>190.00/hr | 228.00 |
| 8/21/2015 | JW | Perform legal research as related to Client's case: for appeal, find cases showing that FLSA fee shifting provision is similar to civil rights statutes, to effect a public policy, to vindicate congressionally identified policies and rights, countering Defendant's argument that, where the recovery of private damages is purpose of civil rights litigation, a district court should give primary consideration to the amount awarded versus amount sought | 1.30<br>190.00/hr | 247.00 |
|  | JW | Perform legal research as related to Client's case: Simpson case | 0.20<br>190.00/hr | 38.00 |
|  | JW | Preparation and drafting of Appellant's Reply Brief | 0.40<br>190.00/hr | 76.00 |
|  | JW | Examination of Gumbhir case cited by Defendant in Appellee's Brief | 0.30<br>190.00/hr | 57.00 |
|  | JW | Examination of Appellee's Response Brief; annotate notes and counterarguments for Reply | 2.00<br>190.00/hr | 380.00 |
|  | JS | Telephone Conference(s) with Josh West regarding appeal reply | 0.10<br>290.00/hr | 29.00 |
| 8/24/2015 | JW | Preparation and drafting of Appellate Reply Brief | 3.90<br>190.00/hr | 741.00 |
|  | JW | Examination of Farrar v. Hobby, cited by Defendants in Appellee Brief | 0.30<br>190.00/hr | 57.00 |
| 8/25/2015 | JW | Perform legal research as related to Client's case: 8th Cir. rule on citing unpublished cases | 0.20<br>190.00/hr | 38.00 |
|  | JW | Preparation and drafting of Reply Appellant's Brief | 3.70<br>190.00/hr | 703.00 |

|            |    |                                                                                                       | Hrs/Rate        | Amount |
|------------|----|-------------------------------------------------------------------------------------------------------|-----------------|--------|
| 8/25/2015  | JS | Examination of appellee's briefs                                                                      | 0.10 290.00/hr  | 29.00  |
| 8/26/2015  | JW | Perform legal research as related to Client's case: whether percentage of the benefit method can apply in an FLSA case | 0.30 190.00/hr  | 57.00  |
|            | JW | Preparation and drafting of Appellant's Reply Brief                                                   | 1.50 190.00/hr  | 285.00 |
|            | JW | Preparation and drafting of Appellant's Reply Brief                                                   | 1.50 190.00/hr  | 285.00 |
|            | JW | Work on Client's file: Shepardize Morales v. Farmland Foods for Appellate Reply                       | 0.30 190.00/hr  | 57.00  |
|            | JW | Examination of Johnston v. Comerica                                                                   | 0.30 190.00/hr  | 57.00  |
| 8/27/2015  | JW | Preparation and drafting of Appellant's Reply                                                         | 3.50 190.00/hr  | 665.00 |
|            | JS | Editing and revision of Reply Brief                                                                   | 0.50 290.00/hr  | 145.00 |
| 8/28/2015  | JW | Compose e-mail to Josh Sanford regarding request for final edit                                       | 0.10 190.00/hr  | 19.00  |
|            | JW | Receipt and review of notice of no argument classification from 8th cir.                              | 0.10 190.00/hr  | 19.00  |
|            | JW | Editing and revision of Appellant's Reply Brief                                                       | 2.90 190.00/hr  | 551.00 |
|            | JS | Telephone Conference(s) with Josh West regarding edits to Reply                                       | 0.20 290.00/hr  | 58.00  |
|            | JS | Editing and revision of Reply                                                                         | 0.10 290.00/hr  | 29.00  |
|            | JS | Editing and revision of Reply Brief                                                                   | 1.20 290.00/hr  | 348.00 |
| 8/30/2015  | JS | Editing and revision of revised Reply                                                                 | 0.60 290.00/hr  | 174.00 |
| 8/31/2015  | JW | Preparation and drafting of Certificate of Service of paper copy of Appellant's Reply                 | 0.10 190.00/hr  | 19.00  |
|            | JW | Receipt and review of Electronic Court Filing notice of filing of Appellant's Reply Brief             | 0.10 190.00/hr  | 19.00  |
|            | JW | Filing Appellant's Reply Brief                                                                        | 0.30 190.00/hr  | 57.00  |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/31/2015 | JW | Editing and revision of Appellant's Reply Brief | 1.80 190.00/hr | 342.00 |
|  | JS | Preparation and drafting of intra-office memo regarding reply edits | 0.10 290.00/hr | 29.00 |
|  | JS | Conference with Josh West regarding paper reply Brief | 0.10 290.00/hr | 29.00 |
|  | S | Receipt of Electronic Court Filing Notice. Save file-marked document in e-file. | 0.10 60.00/hr | 6.00 |
| 9/1/2015 | JW | Work on Client's file: go to FedEx to make copies and mail Appellant's Reply | 0.70 190.00/hr | 133.00 |
| 9/2/2015 | JW | Work on Client's file: pick up copies of Reply from FedEx, including drive time | 0.30 190.00/hr | 57.00 |
|  | JW | Conference with Staff regarding sending out hard copies of Briefs to 8th Cir. and Opposing Counsel | 0.10 190.00/hr | 19.00 |
| 9/4/2015 | JS | Examination of Notice of filed Brief (Reply) | 0.10 290.00/hr | 29.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/20/2016 JW | Work on Client's file: check status of case at 8th Circuit | 0.10<br>190.00/hr | 19.00 |
| 1/29/2016 JW | Receipt and review of opinion form 8th Circuit vacating fee award | 0.10<br>190.00/hr | 19.00 |

Trista Jones                                                                                                 Page    46

|            |    |                                                                                                                                                                                                      | Hrs/Rate          | Amount   |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 2/1/2016   | JW | Perform legal research as related to Client's case regarding entitlement to fees for appellate work                                                                                                  | 0.10<br>190.00/hr | 19.00    |
|            | JW | Conference with Josh Sanford regarding next steps in Jones submitting supplemental Petition for Appellate work                                                                                       | 0.10<br>190.00/hr | 19.00    |
|            | JW | Preparation and drafting of Motion for Leave to File Revised Fee Petition                                                                                                                            | 0.30<br>190.00/hr | 57.00    |
|            | JW | Perform legal research as related to Client's case regarding whether appellate work is compensable under FLSA                                                                                        | 0.30<br>190.00/hr | 57.00    |
|            | JW | Compose e-mail to Josh Sanford regarding memo on fees for appellate work; file Motion for Leave; changes to and structure of fee Petition; conference with Maryna Jackson regarding fees in dealing with additional fees for appeal | 0.20<br>190.00/hr | 38.00    |
|            | JW | Filing Motion for Leave to fiel revised fee Petition                                                                                                                                                 | 0.10<br>190.00/hr | 19.00    |
|            | JS | Discussion of case status and directing case strategy to Attorney Josh West (following remand)                                                                                                       | 0.10<br>290.00/hr | 29.00    |
| 2/3/2016   | JW | Receipt and review of Electronic Court Filing Notice granting Motion for Leave to file revised Petition                                                                                              | 0.10<br>190.00/hr | 19.00    |
|            | JS | Examination of Order granting Leave to Revise Fee Request                                                                                                                                            | 0.10<br>290.00/hr | 29.00    |

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

| 2/16/2016  | JW | Receive, read and prepare response to email(s) from Trista regarding status of collections in case                                                                                                   | 0.10<br>190.00/hr | 19.00    |
|            | JW | Compose e-mail to Staff regarding updated invoice                                                                                                                                                    | 0.10<br>190.00/hr | 19.00    |
|            | JW | Preparation and drafting of Brief in Support of Supplemental Motion for Fees                                                                                                                         | 2.10<br>190.00/hr | 399.00   |
|            | JW | Preparation and drafting of Supplemental Motion for Fees                                                                                                                                             | 0.30<br>190.00/hr | 57.00    |
|            | JW | Work on Client's file: set up spreadsheet for Staff to add appellatte fees                                                                                                                           | 0.30<br>190.00/hr | 57.00    |
|            | JW | Examination of updated invoice for supplemental Motion for Fees; compare with previously submitted invoice to determine supplemental portion                                                         | 1.30<br>190.00/hr | 247.00   |

|  | For professional services rendered | 330.30 | $68,214.50 |

Trista Jones                                                                                                       Page    47

Additional Charges :

|            |                                                                                                    | Qty | Price  | Amount |
|------------|----------------------------------------------------------------------------------------------------|-----|--------|--------|
| 5/22/2015  | Filing Fee to Clerk of Court (paid for with check no 14823)                                        | 1   | 505.00 | 505.00 |
| 6/26/2015  | Copies                                                                                             | 45  | 0.20   | 9.00   |
| 6/30/2015  | Copies                                                                                             | 70  | 0.20   | 14.00  |
| 7/3/2015   | Copies: 60 pages for brief for editing                                                             | 66  | 0.20   | 13.20  |
| 7/6/2015   | Copies: 170 for Brief, addendum, and appendix for filing                                           | 170 | 0.20   | 34.00  |
|            | Copies: 60 pages                                                                                   | 60  | 0.20   | 12.00  |
| 7/7/2015   | Copies: 10 copies of appellant's brief and 3 copies of appendix $222.55                            | 1   | 222.55 | 222.55 |
|            | Postage: shipping 10 copies of appellant's brief and 3 copies of appendix to Saint Louis, $13.19   | 1   | 13.19  | 13.19  |
|            | Postage: shipping one copy of brief and appendix to Opposing Counsel, $11.50                       | 1   | 11.50  | 11.50  |
| 8/20/2015  | Copies: 26 for Appellee's Brief                                                                    | 26  | 0.20   | 5.20   |
| 8/31/2015  | Copies: thirty pages for Appellant's Reply Brief for editing                                       | 30  | 0.20   | 6.00   |
| 9/2/2015   | Appeal Expense Reimbursement (paid with check no 15237)                                            | 1   | 98.32  | 98.32  |

|  | | Qty | Price | Amount |
|---|---|---|---|---|
| 9/2/2015 | Copies: $98.32 for copies of Reply by FedEx | 1 | 98.32 | 98.32 |
|  | Expense: postage for hard-copies of Brief to 8th Cir. and Opposing Counsel $15.70 | 1 | 15.70 | 15.70 |

**WE ACCEPT MASTERCARD, VISA & DISCOVER**